MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DEVON NELSON, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>)<br>)<br>    Defendant. )<br>_____ ) | No. 2:12-cv-0478-DAD<br><br>STIPULATED REQUEST EXTENDING<br>TIME TO FILE DEFENDANT'S<br>CROSS-MOTION FOR SUMMARY<br>JUDGMENT AND IN OPPOSITION<br>TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT AND<br>ORDER |

    The parties request that Defendant shall have an additional 30 days, to and including November 22, 2012, in which to file his briefing in opposition to Plaintiff's motion for Summary Judgment.

    This Order is sought on the grounds that this case has been reassigned to Assistant Regional Counsel Jennifer Kenney, who recently joined the Regional General Counsel's Office for Social Security.

DATED: *October 18, 2012*        By: */s/ Ann Cerney*_____
                                              [Authorization by e-mail on October 18, 2012]
                                              ANN CERNEY,
                                              Attorney for Plaintiff

Stipulation for Extension of Time and Proposed Order        1

|   |   |
|---|---|
| Dated: *October 18, 2012* | MELINDA L. HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By:  *s/ Sundeep R. Patel*<br>SUNDEEP R. PATEL<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:  October 19, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\nelson0478.stip.eot.ord.docx

Stipulation for Extension of Time and Proposed Order                    2